JUL-21-2008  12:42       FEDERAL DEFENDER                  212 571 0392      P.003

☞ **ORIGINAL**

**08 CRIM 700**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA            :     NOTICE OF INTENT
                                          TO FILE AN INFORMATION
        -v.-                        :
                                          08 Cr.
SUSAN PETITDEMANGE,                 :

                Defendant.          :
-------------------------------------x


JUDGE KEENAN

   Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        July 21, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                    By:     /s/ Howard S. Master
                            Howard S. Master
                            Assistant United States Attorney


                            AGREED AND CONSENTED TO:

                    By:     /s/ Sarah Baumgartel
                            Sarah Baumgartel, Esq.
                            Attorney for the defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

7/22/08  WHEEL A