UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :

      -v.-                          :       08 Cr.

SUSAN PETITDEMANGE,                 :

           Defendant.              :       **08 CRIM 700**

------------------------------------X

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1341, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



                                  Susan Petitdemange
                                  Defendant

                                  William Ryan
                                  Witness

                                  Counsel for Defendant

Date:    New York, New York
         July 30, 2008

