UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,           :

        -v-                         :     PRELIMINARY ORDER
                                         OF FORFEITURE AS TO
SUSAN PETITDEMANGE,                 :     SPECIFIC PROPERTY
                                         08 Cr. 0700 (JFK)
                                        :

        Defendant.          :
------------------------------x

        WHEREAS, on or about July 30, 2008, SUSAN PETITDEMANGE, (the "defendant") was charged in a one-count Information, 08 Cr. 0700 (JFK) (the "Information"), with devising a scheme to fraudulently obtain money from her former employer by submitting fraudulent invoices to her former employer for payment, caused fraudulent invoices to be delivered by mail to an address in the Southern District of New York, in violation of 18 U.S.C. § 1341;

        WHEREAS, the Information included a forfeiture allegation requiring the defendant to forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of offense charged in Count One of the Information, including but not limited to the following:

        a)    At least $1,309,900.74 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information (the "Money Judgment"); and

      b)    All right, title and interest of the defendant in the following property:

    1.    Any and all funds in account number 0048 3399 3665, in the name of Dartford, Inc., located at Bank of America, and all funds traceable thereto;

    2.    Any and all funds in account number 0048 3399 4062, in the name of Declan's Discounts, Inc., located at Bank of America, and all funds traceable thereto;

    3.    Any and all funds in account number 0048 3399 4059, in the name of Declan's Discounts, Inc., located at Bank of America, and all funds traceable thereto;

    4.    Any and all funds in account number 0048 3399 4033, in the name of Declan's Discounts, Inc., located at Bank of America, and all funds traceable thereto;

    5.    Any and all funds in account number 0094 9185 3649, in the name of Susan Petitdemange, located at Bank of America, and all funds traceable thereto;

    6.    Any and all funds in account number 539-33373, in the name of Declan, located at ING Bank, and all funds traceable thereto;

    7.    Any and all funds in account number Z23071994, in the name of Susan Petitdemange, located at Fidelity Investments, and all funds traceable thereto;

    8.    Any and all funds in account number Z23072028, in the name of Susan Petitdemange, located at Fidelity Investments, and all funds traceable thereto;

    9.    Any and all funds in account number 323082961 in the name of Susan Petitdemange, located at Fidelity Investments, and all funds traceable thereto;

10. Any and all funds in account number X11964700, in the name of Andrew Thompson, located at Fidelity Investments, and all funds traceable thereto;

11. Any and all funds in account number X11964859, in the name of Andrew Thompson, located at Fidelity Investments, and all funds traceable thereto;

12. One Silver Land Rover Sport, Pennsylvania License # GWY-8495, VIN# SALSH23406A974505;

13. One Red with Black Stripes Dodge Viper, License # GVF-6826, VIN# 1B3ER69E6VV300389;

14. One Black BMW 335i, License # GXF-3681, VIN# WBAWL735X7PX42633; and

15. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 113 Amber Drive, Oxford, PA 19363, held in the name of Susan Petitdemange and/or Andrew Thompson. (hereinafter referred to collectively as the "Subject Property");

WHEREAS, on or about July 30, 2008, the defendant pled guilty to Count One of the Information;

WHEREAS, pursuant to 21 U.S.C. § 853(g), the United States is, by virtue of said guilty plea, now entitled, pending any assertion of third-party claims, to reduce the Subject Property to its possession and to notify any and all potential purchasers and transferees thereof of its interest therein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The aforementioned Subject Property, with the exception of any interest in real property, is to be seized

3

pursuant to this Preliminary Order of Forfeiture and is to be held thereafter by the United States Marshals Service (or its designee) in its secure custody and control. Any and all financial institutions shall turn over property ordered forfeited to and as directed by the United States Marshals Service.

2. Pursuant to 21 U.S.C. § 853(n)(1), the United States Marshals Service forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this order, notice of the United States' intent to dispose of the Forfeited Funds in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Forfeited Funds must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

4. Pursuant to Rule G(4)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture

4

Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least 30 consecutive days. Any person, other than the defendant(s) in this case, claiming interest in the Subject Property must file a Petition within 60 days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Subject Property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

     5.   The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

6.  Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

7.  The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

8.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

9.  The Clerk of the Court shall forward three certified copies of this order to Assistant U.S. Attorney Lee Renzin, One St. Andrews Plaza, New York, New York, 10007.

Dated: New York, New York
       August 21, 2008

SO ORDERED:

*John F. Keenan*
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

6